IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Utermark, Martin S

Printed: 10/23/07

Case Number:  06 B 13773
Judge:  Wedoff, Eugene R
Filed:  10/25/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 30, 2007
Confirmed: January 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,817.78 |  |
| Secured: |  | 6,191.86 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,579.00 |
| Trustee Fee: |  | 421.99 |
| Other Funds: |  | 624.93 |
| Totals: | 8,817.78 | 8,817.78 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Lynch P C | Administrative | 1,579.00 | 1,579.00 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 4. | AMC Mortgage Services Inc | Secured | 14,047.62 | 6,191.86 |
| 5. | CB USA | Unsecured | 377.51 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 939.91 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 991.33 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 508.67 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 394.35 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 6,945.44 | 0.00 |
| 11. | Internal Revenue Service | Priority | | No Claim Filed |
| 12. | Barbara Moscickis | Unsecured | | No Claim Filed |
| 13. | Allied Interstate | Unsecured | | No Claim Filed |
| 14. | Hsbc Nv | Unsecured | | No Claim Filed |
| 15. | Hammond Clinic | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| 17. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 25,783.83 | $ 7,770.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 163.28 |
| 5.4% | 258.71 |
| | _____ |
| | $ 421.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Utermark, Martin S | Case Number:  06 B 13773 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/23/07 | Filed:  10/25/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

                                        _Denise Ashley_